IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CV-472GCM

| | |
|---|---|
| ALPS PROPERTY & CASUALTY INSURANCE COMPANY,<br>　　　　　Plaintiff,<br>v.<br>KEVIN GRIMES; GRIMES & REESE, PLLC, n/k/a R&R LAW GROUP PLLC; And MLM COMPLIANCE VT, LLC,<br>　　　　　Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Angela Probasco** filed on September 4, 2014 [doc. # 8].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Ms. Probasco is admitted to appear before this court *pro hac vice* on behalf of plaintiff, ALPS Property & Casualty Insurance Company.

**IT IS SO ORDERED.**

Signed: September 8, 2014

Graham C. Mullen
United States District Judge